UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON, | No. 2:21-cv-0358 DB P |
| Plaintiff, | |
| v. | ORDER |
| STEVEN MNUCHIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has not received him economic impact payment ("EIP") pursuant to the Coronavirus Aid, Relief, and Economic Security Act (The "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), in violation of his rights under the Fourteenth Amendment's Equal Protection Clause.

By order filed February 18, 2022, this court ordered plaintiff to complete and return to the court within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on defendants. On March 3, 2022, plaintiff submitted the USM-285 forms and summons, but failed to provide complete addresses for the defendants. Without complete addresses the marshal cannot serve the defendants. The court will grant plaintiff the opportunity to submit complete addresses for each defendant.

////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Clerk of the Court is directed to send plaintiff two USM-285 forms, summons, an
3    instruction sheet, and a copy of the complaint submitted by plaintiff on September 29, 2021; and

4    2. Within thirty days, plaintiff shall submit to the court:

5        a. the completed Notice of Submission of Documents

6        b. One completed summons;

7        c. One completed USM-285 forms for each defendant (the United States of
8        American and the Internal Revenue Service); and

9        d. Three copies of the endorsed complaint filed September 29, 2021.

10   3. Plaintiff need not attempt service on defendants and need not request waiver of service.
11   Upon receipt of the above-described documents, the court will direct the United States Marshal to
12   serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment
13   of costs.

14   Dated: July 28, 2022

15                                           /s/DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/cald0358.8f