UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON,<br><br>                    Plaintiff,<br><br>         v.<br><br>STEVEN MNUCHIN, et al.,<br><br>                    Defendants. | No.  2:21-cv-0358 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that he has not received him economic impact payment ("EIP") pursuant to the Coronavirus Aid, Relief, and Economic Security Act (The "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), in violation of his rights under the Fourteenth Amendment's Equal Protection Clause.

Presently before the court is defendant's motion for an extension of time to file a response to the complaint.  (ECF No. 27.)  Good cause appearing the court will grant the motion.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 27) is granted; and
2. Defendant shall file an answer or response to the complaint on or before March 8, 2023.

Dated: December 22, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/cald0358.eot(ans)