UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN MNUCHIN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0358-TLN-DB<br><br>**ORDER** |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has not received an economic impact payment ("EIP") pursuant to the Coronavirus Aid, Relief, and Economic Security Act (The "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), in violation of his rights under the Fourteenth Amendment's Equal Protection Clause. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 33.) Plaintiff has not filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 5, 2023 (ECF No. 33) are ADOPTED IN FULL; and
2. Defendant's motion to dismiss (ECF No. 30) is GRANTED without prejudice.
3. The Clerk of Court is directed to close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge